UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM BENNETT,                )
                    Plaintiff,  )
                                )
v.                              )
                                )
CITY OF BOSTON,                 )
FRANCES ROACHE,                 )    CIVIL ACTION
WILLIAM DUNN,                   )    NO.  92-12895-WGY
PETER O'MALLEY,                 )
EDWARD McNEELEY,                )
TRENT W. HOLLAND,               )
MILLER THOMAS, JR.,             )
RICHARD ROE,                    )
JOHN DOE,                       )
                    Defendants.)

## JUDGMENT

Summary judgment having entered for William Dunn pursuant to Fed. R. Civ. P. 56, the City of Boston, Francis Roache, Richard Roe, and John Doe having been dismissed during the final pre-trial conference pursuant to Fed. R. Civ. P. 16, a directed verdict having been entered as to all defendants on the federal civil rights claim at the close of the plaintiff's case, a directed verdict having entered for Peter O'Malley as to all claims and for all defendants as to the abuse of process claim at the close of all the evidence, and the jury having found for the remaining defendants on the Massachusetts civil rights claim, final judgment shall, and hereby does, enter for the defendants.

_____
Elizabeth Smith, Deputy Clerk

Approved as to form:   _____
                       WILLIAM G. YOUNG
                       UNITED STATES DISTRICT JUDGE


DOCKETED

*179*